**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

FILED

4:30 pm, 11/1/23

Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JODI LYNN BILLS, | ) | Case No. 21-20430 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JODI LYNN BILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 23-02003 |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION and GREAT LAKES | ) | |
| STUDENT LOANS, | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER DISMISSING ADVERSARY PROCEEDING**

---

This matter came before the Court on Debtor's and United States Department of Education's *Stipulated Motion to Dismiss Adversary Complaint Against United States Department of Education*, filed on October 6, 2023. The Court has reviewed the motion, is fully informed in the premises, and finds good cause exists to grant the motion.

The Court conducted a hearing on the Motion on November 1, 2023, in which Plaintiff also consented to the dismissal of Defendant Great Lakes Student Loans.

IT IS, THEREFORE, ORDERED the *Stipulated Motion to Dismiss Adversary Complaint Against United States Department of Education* is **GRANTED**.

IT IS FURTHER ORDERED this adversary proceeding is **DISMISSED**

**WITHOUT PREJUDICE** against both Defendants, the United States Department of

Education and Great Lakes Student Loans.

IT IS FINALLY ORDERED the parties shall pay their own costs and attorneys'

fees.

11/1/2023

_____
HON. CATHLEEN D. PARKER
United States Bankruptcy Court
District of Wyoming